UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **1:11-cv-22626-JLK**

JARED A. FREEDMAN,
individually,

    Plaintiff,

v.

SANTANDER CONSUMER USA, INC.,
a Texas corporation,

    Defendant.
_____ /

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, JARED A. FREEDMAN, hereby notifies this Court that a settlement has been reached between the parties, pending final execution of settlement documents and releases.

                                                        Respectfully submitted,

**DATED**: MAY 14, 2012                         */s/ Scott D. Owens*
                                                      **SCOTT D. OWENS, ESQ**.
                                                      Florida Bar No. 0597651
                                                      Attorney for Plaintiff
                                                      664 E Hallandale Beach Blvd
                                                      Hallandale Beach, FL 33009
                                                      Telephone: (954) 589-0588
                                                      Facsimile: (954) 337-0666
                                                      scott@scottdowens.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 14, 2012 I electronically filed the foregoing document(s) with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

*/s/ Scott D. Owens*
**SCOTT D. OWENS, ESQ**.