UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22626-CIV-KING

JARED A. FREEDMAN,
Individually

    Plaintiff,

v.

SANTANDER CONSUMER USA,
INC., a Texas corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement (D.E. #45) filed May 14, 2012, advising the Court that the above-styled case had settled. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **June 1, 2012** and the **Trial** previously set for **August 6, 2012** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, dated this 15th day of May, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:  *Counsel for Plaintiff:*
Scott D. Owens, Esq.
664 E. Hallandale Beach Blvd.
Hallandale Beach, FL 33009

Stanly Kardatzke, Esq.
Debt Defense PL
6915 Red Road
Suite 200
Coral Gables, FL 33143

*Counsel for Defendant:*
James Randolph Liebler, Esq.
Marc Thomas Parrino, Esq.
Liebler Gonzalez & Portuondo PA
44 W Flagler Street
25th Floor
Miami, FL 33130-4329

Travis A. Sabalewski, Esq.
Reed Smith, LLP
Riverfront Plaza West Tower
901 E. Byrd Street
Suite 1700
Richmond, VA 23219